UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUSTINE JIMENEZ,

    Plaintiff,

v.                                                           Case No. 6:18-cv-1179-Orl-37GJK

CREDITO REAL USA FINANCE, LLC,

    Defendant.
_____

## ORDER

Plaintiff initiated this action on July 23, 2018, alleging Defendant violated the Telephone Consumer Protection Act and Florida's Consumer Collection Practices Act. (Doc. 1.) On August 27, 2018, the parties filed a joint motion requesting the Court compel arbitration pursuant to the terms of a retail installment sales contract. (*See* Doc. 11.) The parties also seek a stay of this action pending arbitration. (*Id.* at 14.) Upon consideration, the Court finds that the motion is due to be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion to Compel Arbitration (Doc. 11) is **GRANTED**.

2. The parties are **DIRECTED** to submit their dispute to arbitration as outlined in the Arbitration Agreement. (Doc. 11, p. 21.)

3. This action is **STAYED** pending arbitration.

4. The parties are **DIRECTED** to provide a status report to the Court on Thursday, **December 6, 2018**, and every ninety (90) days thereafter.

-2-

5. The parties must immediately notify the Court upon conclusion of the arbitration proceedings.

6. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 10, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record