UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUSTINE JIMENEZ,

    Plaintiff,

-vs-                              CASE NO.:  6:18-CV-1179-RBD-GJK

CREDITO REAL USA FINANCE,
LLC d/b/a AFS ACCEPTANCE, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Justine Jimenez, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  William J. Denius, Esq., Killgore, Pearlman, Semanie, Denius & Squires, P.A., 2 South Orange Avenue, 5th Floor, Orlando, FL  32801; (wjdenius@kpsds.com and cschlitt@kpsds.com).

                                                ***/s/ Jason R. Derry, Esquire***
                                                Jason R. Derry, Esquire
                                                Florida Bar No.: 0036970
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 North Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile:  (813) 257-0577
                                                jderry@ForThePeople.com
                                                jkneeland@ForThePeople.com
                                                *Attorney for Plaintiff*