UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUSTINE JIMENEZ,

    Plaintiff,

-vs-                                    CASE NO.: 6:18-CV-1179-RBD-GJK

CREDITO REAL USA FINANCE, LLC
d/b/a AFS ACCEPTANCE, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Justine Jimenez, and the Defendant, Credito Real USA Finance, LLC f/k/a AFS Acceptance, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action, with prejudice, including each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 20th day of November, 2018.

| | |
|---|---|
| */s/ Jason R. Derry, Esquire* | */s/William J. Denius, Esquire* |
| Jason R. Derry, Esquire | William J. Denius, Esquire |
| Florida Bar No.: 0036970 | Florida Bar No.: 0093637 |
| Morgan & Morgan, Tampa, P.A. | Killgore, Pearlman, Semanie, |
| One Tampa City Center |    Denius & Squires, P.A. |
| 201 North Franklin Street, 7th Floor | 2 South Orange Avenue, 5th Floor |
| Tampa, FL 33602 | Orlando, FL 32801 |
| Telephone: (813) 223-5505 | Telephone: (407) 425-1020 |
| Facsimile: (813) 257-0577 | Facsimile: (407) 839-3635 |
| jderry@ForThePeople.com | wjdenius@kpsds.com |
| jkneeland@ForThePeople.com | schlitt@kpsds.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  William J. Denius, Esq., Killgore, Pearlman, Semanie, Denius & Squires, P.A., 2 South Orange Avenue, 5th Floor, Orlando, FL  32801; (wjdenius@kpsds.com and cschlitt@kpsds.com).

                                              */s/ Jason R. Derry, Esquire*
                                              Jason R. Derry, Esquire
                                              *Counsel for Plaintiff*